```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

BALTAZAR ENRIQUEZ,            )
                              )
                Plaintiff,    )
                              )
    v.                        )    No.  07 C 5247
                              )
SEIU/HOSPITAL ACCOUNTABILITY  )
PROJECT (H.A.P.),             )
                              )
                Defendant.    )

## MEMORANDUM ORDER

On September 19, 2007 this Court entered a short memorandum order ("Order") directing pro se plaintiff Baltazar Enriquez ("Enriquez") to provide an explanation on or before October 3 that would overcome the apparent untimeliness (by several months) of his Complaint of Employment Discrimination against his ex-employer SEIU/Hospital Accountability Project. But the October 3 date has come and gone without anything further from Enriquez to explain his delay in bringing this action, as to which Congress has prescribed a 90-day limit after his receipt of EEOC's right-to-sue letter. As Enriquez was warned in the Order, both his Complaint and this action are dismissed as untimely.[1]

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge
Date:  October 9, 2007

---

[1] This order also calls for the denial of Enriquez' in forma pauperis application and his motion for appointment of counsel as moot.