```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

BALTAZAR ENRIQUEZ,                )
                                  )
               Plaintiff,         )
                                  )
     v.                           )    No.  07 C 5247
                                  )
SEIU/HOSPITAL ACCOUNTABILITY      )
PROJECT (H.A.P.),                 )
                                  )
               Defendant.         )
```

MEMORANDUM ORDER

On September 19, 2007 this Court entered a short memorandum order ("Order I") directing pro se plaintiff Baltazar Enriquez ("Enriquez") "to provide an explanation on or before October 3 that would overcome the apparent untimeliness (by several months) of his Complaint of Employment Discrimination against his ex-employer SEIU/Hospital Accountability Project." When Enriquez failed to respond within the two-week period that this Court had allowed (or for several days thereafter), this Court issued an October 9, 2007 memorandum order ("Order II") dismissing the Complaint and this action as untimely.

Now Enriquez has belatedly come forward by tendering a copy of EEOC's July 20, 2007 forwarding letter that reflected its remailing of its right-to-sue letter because the original mailing back in February of this year had been "unclaimed." There is something puzzling about that, because both the original February mailing and the July 20 mailing were directed to Enriquez at the same 2317 South Trumbull, Chicago address that his current filing

reflects and that had been the place to which both Order I and Order II had been directed--and, indeed, had successfully reached Enriquez. Accordingly Enriquez is directed to provide a prompt explanation of his failure to have claimed the original notification when it was mailed to him. This Court will then determine whether the earlier dismissal of this action should be undone.

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Date: November 6, 2007