IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BALTAZAR ENRIQUEZ,                )
                                  )
            Plaintiff,            )
                                  )
    v.                            )   No.  07 C 5247
                                  )
SEIU/HOSPITAL ACCOUNTABILITY      )
PROJECT (H.A.P.),                 )
                                  )
            Defendant.            )

MEMORANDUM ORDER

On November 6, 2007 this Court issued a memorandum order directing Baltazar Enriquez ("Enriquez") to provide a prompt explanation of his failure to have received the original right-to-sue letter from the EEOC when it was mailed to his correct address (a failure that impacted directly on the timeliness or untimeliness of Enriquez' employment discrimination lawsuit)--EEOC's later mailing of the same letter refers to the earlier mailing as having been "unclaimed." More than two weeks have passed without a response by Enriquez. Accordingly this Court declines to reconsider the earlier dismissal of this action as untimely filed--a dismissal that had been ordered after an earlier warning to Enriquez.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 19, 2007